[No. 61109-7-I.   Division One.   August 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TED ERNEST COXWELL ET AL., *Defendants*, PAUL RAYMOND RIMBEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-01199-1, Nicole MacInnes, J., entered January 7, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Agid, JJ.

[Nos. 61423-1-I; 62591-8-I.   Division One.   August 3, 2009.]

*In the Matter of the Marriage of* MICHAEL S. TRUITT, *Respondent*, and ERIN DUNCAN TRUITT, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 06-3-04470-7, James A. Doerty, J., entered February 21, 2008. *Reversed* and *remanded* by unpublished opinion per Schindler, C.J., concurred in by Appelwick and Lau, JJ.

[No. 61496-7-I.   Division One.   August 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH L.M. AMMONS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 06-1-00800-5, Michael E. Rickert, J., entered February 27, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler, C.J., and Cox, J.

[No. 61527-1-I.   Division One.   August 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH MELVIN WYATT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-10352-6, Laura Gene Middaugh, J., entered April 10, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler, C.J., and Appelwick, J.